BRETT L. TOLMAN, United States Attorney (#8821)
VEDA M. TRAVIS, Assistant United States Attorney (#6449)
Attorneys for the United States of America
185 South State Street, #300
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682

_____

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:01CR00038 DB |
| Plaintiff, | : | |
| | | MOTION TO WITHDRAW |
| vs. | : | COUNSEL |
| OZY J. NEELEY, et al., | : | |
| Defendants. | : | Hon. Dee Benson |

_____

The United States Attorney, by and through the undersigned Assistant United States

Attorney, hereby request that Veda Travis' name be terminated from the above referenced case.

Veda Travis is no longer associated with the case.


Dated this 8th day of January, 2008.


BRETT L. TOLMAN
United States Attorney


/S/ Veda M. Travis
_____
VEDA M. TRAVIS
Assistant United States Attorney